This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-40093**

**MINNIE HENDERSON,**

Petitioner-Appellant,

v.

**MARISSA LEE WRIGHT,**

Respondent-Appellee,

and

**JOSHUA HENDERSON,**

Respondent.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY**
**Lee A. Kirksey, District Judge**

Minnie Henderson
Houston, TX

Pro Se Appellant

Laura K. Castillo
Hobbs, NM

for Appellee

### MEMORANDUM OPINION

**DUFFY, Judge.**

**{1}** Petitioner Minnie Henderson appeals from the district court's order denying Petitioner, as the grandmother, privileges to visit Grandchild. [2 RP 273-75] This Court issued a notice of proposed disposition, proposing to summarily affirm, having reviewed Petitioner's arguments in her docketing statement. In response, Respondent filed a memorandum in support of our proposed summary disposition. However, Petitioner has

not filed a memorandum in opposition to our proposed disposition, and the time for doing so has expired.

**{2}** Accordingly, we rely on the reasoning contained in our notice of proposed disposition and affirm the district court.

**{3}** **IT IS SO ORDERED.**

**MEGAN P. DUFFY, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Judge**

**JACQUELINE R. MEDINA, Judge**